Approved.

IT IS SO ORDERED.

s/ James R. Knepp II
UNITED STATES DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO (Toledo)**

KARMJIT SARAO,
*Plaintiff,*
v.
EDLOW, et al.,
*Defendants.*

**Case No. 3:26-cv-01851-JRK**
**Judge James R. Knepp II**

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i)**

Plaintiff, Karmjit Sarao, proceeding *pro se*, hereby gives notice of voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Plaintiff has successfully completed his naturalization oath ceremony and has been admitted as a citizen of the United States. Accordingly, the relief sought in this action under 8 U.S.C. § 1447(b) is no longer necessary.

Plaintiff therefore voluntarily dismisses this action without prejudice.

## PERSONAL NOTE OF APPRECIATION

I would like to express sincere gratitude to the Honorable Judge James R. Knepp II and the Court for the time, attention, and consideration given to this case.

The pursuit of United States citizenship represents years of hope, patience, perseverance, and commitment. Having now completed the naturalization oath ceremony, Plaintiff is grateful to begin this new chapter as a citizen of the United States.I recognize and respect the important role of the judiciary in ensuring fairness, protecting the rule of law, and providing individuals with an opportunity to be heard.

I express genuine appreciation for the Court's service and dedication to the administration of justice.

With sincere respect and gratitude,

Respectfully submitted,

Date: November 6,2026

Karmjit Sarao
*Plaintiff, Pro Se*
Address: 29076 E Winners Cir
City, State, ZIP: Perrysburg, Ohio 43551
Telephone: 567-322-4349
Email: karm_sarao@hotmail.com